IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02247-WJM-KLM

DEREK SPEIGHT,

    Plaintiff,

v.

FERRELL & SELDING, attorney at law,
THOMAS FERRELL, individually,
BARRY SELDIN, individually, and
CAPITAL ONE BANK N.A.,

    Defendants.

_____

### ORDER TO SHOW CAUSE
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*.  Plaintiff initiated this lawsuit *pro se* on August 26, 2011.  Docket No. 1.  On August 30, 2011, the District Judge instructed Plaintiff to effect service of the summons and complaint pursuant to Fed. R. Civ. P. 4 on Defendants within thirty days, setting the deadline for service as September 29, 2011.  Docket No. 2.  To date, there is no indication on the docket as to whether service was timely effected, and no Defendant has made an appearance through counsel or otherwise.  Accordingly,

    IT IS HEREBY **ORDERED** that Plaintiff shall show cause why this Court should not recommend that this lawsuit be dismissed pursuant to Fed. R. Civ. P. 4(m) & 41(b).  Plaintiff shall file proof of service on Defendants, <u>or</u> respond, in writing and filed with the Court, to the Order to Show Cause **on or before November 8, 2011**.  Failure to serve

1

Defendants, or respond and show good cause for Plaintiff's failure to timely effect service pursuant to the District Judge's August 30, 2011 Order, will result in this Court issuing a recommendation that this case be dismissed without prejudice.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for November 1, 2011, at 10:00 a.m. is **VACATED**.  The Court will reset a Scheduling Conference, if necessary, after the obligations stated herein are discharged.

Dated:  October 25, 2011

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L. Mix
United States Magistrate Judge